**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Diany Sao     JOINT DEBTOR:     CASE NO.: 17-11641-RAM
Last Four Digits of SS# 5729  Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2631.46  for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative</u>:     Attorney's Fee - $ 3650     TOTAL PAID $ 1800  Balance Due $ 1850
                      payable $ 74/month  (Months 1 to 25)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing LLC     Arrearage on Petition Date   $47,626.50
Address: 1661 Worthington Rd #100
West Palm Beach, FL 33409     Arrears Payment     $ 793.78/month  (Months 1 to 60)
                                        Regular Payment     $ 1485.17/month  (Months 1 to 60)

Account No: xxxx8798

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None     Total Due  $
               Payable     $_____/month  (Months ___ to ___ )  Regular Payment $_____

<u>Unsecured Creditors</u>:  Pay $15.36/month (Months 1 to 25) and Pay $ 89.36/month (Months 26 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor     Joint Debtor
Date: 2-16-2017     Date:

LF-31 (rev. 01/08/10)