**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  CASE NO.: 17-11641-RAM
  CHAPTER 13

**Diany Sao**
**aka Diany M Sao,**

  **Debtor.**
_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

FREDDIE MAC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #12), and states as follows:

1. Debtor, Diany Sao aka Diany M Sao, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 10, 2017.

2. Secured Creditor holds a security interest in the Debtor's real property located at 8415 NW 171 ST, MIAMI, FL 33015, by virtue of a Mortgage recorded on June 17, 2008 at Instrument number 2008R04956 of the Public Records of Miami Dade County, FL. Said Mortgage secures a Note in the amount of $342,000.00.

3. The Debtor filed a Chapter 13 Plan on February 16, 2017.

4. Pursuant to the loan documents, the regular monthly mortgage payment due is $1,533.73, not $1,485.17, as indicated in the Plan. Further, the monthly payment may be subject to periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed. Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

DIANY SAO
AKA DIANY M SAO
8415 NW 171 STREET
MIAMI, FL  33015-3741

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                                        Robertson, Anschutz & Schneid, P.L.
                                        Attorney for Secured Creditor
                                        6409 Congress Ave., Suite 100
                                        Boca Raton, FL 33487
                                        Telephone: 561-241-6901
                                        Facsimile: 561-997-6909

                                        By: /s/Seth Greenhill
                                        Seth Greenhill, Esquire
                                        Florida Bar Number 97938
                                        Email: sgreenhill@rasflaw.com