UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Diany Sao                                             Case No: 17-11641-RAM
                                                               Chapter 13

_____Debtor_____/

## RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY CREDITOR FREDDIE MAC

COMES NOW, the debtor, Diany Sao, by and through her undersigned counsel and files her Response to Freddie Mac's Objection to Confirmation of Chapter 13 Plan. In support thereof, the debtor states the following:

1. The debtor filed for Chapter 13 relief on February 10, 2017.

2. The debtor's Chapter 13 Plan (DE# 12) provides for cure payments of $793.78 and monthly regular payments of $1,485.17 for the property located at 8415 NW 171 Street, Miami, FL 33015-3741 secured by the first mortgage held by Freddie Mac.

3. Creditor filed its Objection to Confirmation at ECF#18 stating that the regular payments should be a higher payment of $1,533.73 instead of the $1,485.17 that is being paid in the plan.

4. The Debtor has provided a redacted mortgage statement from January 2017, attached as Exhibit A, showing a regular payment of $1,485.17 as of February 1, 2017.

5. As such, Debtor maintains that the regular payment as stated in the plan and conforms to the mortgage statement and is correct.

WHEREFORE, the debtor, prays this Honorable Court deny Freddie Mac's Objection

to Confirmation of Chapter 13 Plan.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Response to Objection to Confirmation of Chapter 13 Plan was sent to all interested parties on March 17, 2017 via CM/ECF or by regular U.S. mail to:

Debtor, DIANY SAO
AKA DIANY M SAO
8415 NW 171 STREET
MIAMI, FL 33015-3741

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

Robertson, Anschutz & Schneid, P.L.
c/o Seth Greenhill, Esquire
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Respectfully Submitted,

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701
E-mail: court@bankruptcyclinic.com