

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

OCWEN

www.ocwencustomers.com

DIANY SAO
9990 SW 77TH AVE PH 15
C/O DAVID S KAUFMAN, P.A
MIAMI FL 33156-2620

### Mortgage Account Statement

| Property Address | 8415 Nw 171 St |
|---|---|
| | Miami, FL 33015 |

| | |
|---|---|
| Statement Date | 01/17/17 |
| Account Number | 8798 |
| Due Date | Due Now |
| Amount Due | $373,368.74 |

| Customer Care | 800-746-2936 |
|---|---|
| Insurance | 866-317-7661 |



### Account Information

| | |
|---|---|
| Principal Balance* | $335,650.78 |
| Regular Principal Balance | $258,750.78 |
| Deferred Principal Balance | $76,900.00 |
| Escrow Balance | -$11,431.53 |
| Maturity Date | August 1, 2050 |
| Interest Rate (until August 1, 2017) | 2.00000% |
| Prepayment Penalty | No |

\* This is the Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $335,650.78 |
| Interest | $14,720.06 |
| Escrow Advance | $11,431.53 |
| Fees/Other Charges (Since Last Statement) | $238.25 |
| Past Due Fees/Other Charges | $11,328.12 |
| **Total Amount Due** | **$373,368.74** |
| Alternative Payment – Reinstatement | |
| Reinstatement amount (as of 1/17/17) | $47,626.50 |

### Activity Since Last Statement (12/19/16 to 01/17/17)

How Payments & Charges were Applied

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/ Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/16 | | Charge - Property Inspection Fee | -$13.25 | | | | | | -$13.25 | |
| 01/12/17 | | Charge - Reset Sale | -$225.00 | | | | | | -$225.00 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $.00 |
| Total | $.00 | $.00 |

### Special Notices

### Important News

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.
Please note that your monthly payment amount has changed to $1,485.17 effective 02/01/2017. Further detail regarding the reason for this change will be included in a separate letter.
Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.
Your loan has been accelerated (the past due balance, all fees, and your remaining principal balance is now due in full). This statement is not considered a payoff quote -- you are still responsible for any additional fees and expenses that post to your account after the statement date. Any funds in your escrow account remain in the account, and have not been applied to your amount due. Once the accelerated amount due is received, any escrow account overages will be returned to you within 20 days. You can still reinstate your loan (bring your account to a current status) and avoid foreclosure. The amount required to reinstate your loan as of the date of this statement is listed above.

See reverse side for important information and state specific disclosures.



OCWEN

Payment Coupon

| AMOUNT DUE | $373,368.74 |
|---|---|
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| **Total Enclosed** | |

Note If the loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal

If this payment is made via automatic drafting, this statement is for informational purposes only

Diany Sao
Account Number: 8798

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264



1  00373368745  4444444881  000007146178798  50  373368745

Visit our website 24 hours a day at www.ocwencustomers.com

### Important Phone Numbers and Hours

Our automated telephone service will help you get fast and confidential answers to your questions. Be sure to have the Ocwen account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available to assist you during the following hours:

| | | |
|---|---|---|
| **Customer Care Center:** | 800-746-2936 | Monday-Friday: 8:00 am to 9:00 pm; Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET |
| **Bankruptcy Customer Care Center:** | 888-554-6599 | Monday-Friday: 8:00 am to 9:00 pm ET |
| **Homeowners Insurance:** | 866-317-7661 | Monday-Friday: 8:00 am to 9:00 pm; Saturday: 8:00 am to 5:00 pm and Sunday: 9:00 am to 9:00 pm ET |

Special Number for the Hearing Impaired: 800-735-2943

### Payment and Correspondence Addresses

**Inquiries** — General inquiries/correspondence should be mailed separately from any account payments:

| | | | |
|---|---|---|---|
| **Research Department**\*\* | **Regular Payments**\* | **HELOC Closure Requests** | **Express Payments** |
| PO Box 24736 | PO Box 660264 | PO Box 24642 | Ocwen Loan Servicing, LLC - Box #660264 |
| West Palm Beach, FL 33416-4736 | Dallas, TX 75266-0264 | West Palm Beach, FL 33416-4642 | 1010 W. Mockingbird Ln., Suite 100 |
| **Insurance Department** | **Insurance Claims** | **Tax Bills** | Dallas, TX 75247 |
| PO Box 6723 | PO Box 630497 | PO Box 24665 | |
| Springfield, OH 45501-6723 | Irving, TX 75063-9404 | West Palm Beach, FL 33416-4665 | |

Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include the Ocwen account number, name and property address.

\* All checks should be made payable to Ocwen Loan Servicing, LLC. Do not send correspondence with any payment and ensure that the Ocwen account number, name and property address are written on the front of the check or money order.

\*\* This address must be used for all qualified written requests, notices of error, and/or requests for information.

### Ocwen Fee Structure\*

| Loan Documents | | Payments | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) | FREE | Website - (pay before or within 10 days of due date) | FREE |
| Individual documents | FREE | Website - (pay 10 days or more after due date) | up to $10.00 |
| Payment History (free on www.ocwencustomers.com) | up to $5.00 | Automated Phone System | up to $12.00 |
| Verification of Mortgage (free on www.ocwencustomers.com) | up to $10.00 | Agent Assistance | up to $19.50 |
| Amortization Schedule | FREE | Returned Check Fee | up to $40.00 |

\* These fees are subject to change and may not apply in all instances, depending upon applicable state laws.

### Convenient Payment Options

**Online Payment Services** — Pay mortgage bills and view mortgage account statements online! To get started simply register for Account Access at www.ocwencustomers.com, log-in, and follow the enrollment instructions.

**ACH (Automated Payments)** — Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from a designated bank account on a monthly basis saving time and money, or as a one-time draft, that is free if drafted within ten days of the due date.

**Pay by Phone** — For information to use this quick and convenient service call the Customer Care number listed above. Please have the bank routing number and bank account number available. Fees may apply.

**Pay via Western Union® Quick Collect®** — To use this payment option, find the nearest location by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". The city code is "Ocwen" and the state is "FL". All payments should be made to "OCWEN" and provide the loan number.

**Pay via MoneyGram® and Express Payments®** — To find the nearest location, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with the loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and Express Payment® are registered marks of MoneyGram Payment Systems, Inc.

### Important Information

**Important Notice** — This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

**Payment Processing** — Conforming payments accompanied by the account number or payment stub received by 9:00 AM Central Time Monday – Friday will be applied the same day as received.

**Electronic Debit** — When a check is provided as payment, we are authorized by the payor of the check either to use information from the check to make a one-time electronic funds transfer from the designated account or to process the payment as a check transaction. When we use information from the check to make an electronic funds transfer, funds may be withdrawn from the designated account as soon as the same day the payment is received, and you will not receive the check back from the designated financial institution.

**Important Credit Reporting Notification** — We may report information about the account to credit bureaus. Late payments, missed payments, or other defaults on the account may be reflected in your credit report.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Optional Products" will not cause the mortgage account to be in default. Please call the Customer Care number listed above if you have any questions or to cancel the Optional Product enrollment.

**Housing Counselor Information** — If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organization in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Important Bankruptcy Information

If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, PO Box 24781, West Palm Beach, FL 33416-4781.

### State Disclosures

**California Property Owners** — Additional accountings can be requested pursuant to Section 2954 of the California Civil Code.

**New York Property Owners** — As the mortgage servicer, we are registered with the New York Department of Financial Services. You may file complaints about us with the New York Department of Financial Services. You may also obtain additional information from the New York Department of Financial Services by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Texas Property Owners** — COMPLAINTS REGARDING THE SERVICING OF THIS MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website at www.sml.texas.gov or obtained from the Department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Colorado Property Owners** — <u>Important Notice for Customers in Colorado</u> — Ocwen Loan Servicing, LLC maintains an office in Denver, Colorado that accepts in-person payments. For other account inquiries, please call us at (800) 746-2936 or visit our website www.ocwencustomers.com.

Address: 1776 S. Jackson Street, #900
Denver, Colorado 80210
Telephone: (303) 327-8955



NMLS #: 1852    NC Permit #: 3946