

**ORDERED in the Southern District of Florida on May 11, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Diany Sao

CHAPTER 13
CASE NO.: 17-11641-RAM

Debtor.      /

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND AUTHORIZE DISBURSEMENT TO TRUSTEE AND DEBTOR'S LITIGATION COUNSEL

THIS CAUSE came on to be heard without objection on the Court's chapter 13 consent calendar on __May 11, 2021 at 9:00 AM__ upon the Debtor's Motion to Approve Settlement and Authorize Disbursement to Trustee and Debtor's Litigation Counsel [herein "Motion"; DE #84] and based upon the record and no creditor or other party in interest having objected to approval of the parties proposed settlement, it is

ORDERED as follows:

1. The Motion is GRANTED.
2. The Settlement is Approved.
3. Debtor's litigation counsel, Eric Pintaluga, Esq. (herein "Litigation Counsel"), Kanner & Pintaluga, P.A., 925 S. Federal Highway, Sixth Floor, Boca Raton, FL 33432, and shall

accept on behalf of the Debtor $10,000.00 as payment in full to fully settle and resolve the claim that stemmed from the accident that occurred on or about September 13, 2019.

4. Litigation Counsel shall retain $3,333.33 for attorney's fees, $271.25 for attorney's costs, and $1,100.00 for payment to cover the medical provider claims.

5. Litigation Counsel shall then mail the $5,295.42 (herein "Net Settlement Proceeds") via a check made payable to the Debtor's Bankruptcy Counsel's <u>Trust Account</u> and shall deliver this payment to Robert Sanchez, P.A. Trust Account, 355 West 49th Street, Hialeah, FL 33012, within 30 days of the date that Debtor serves this order on Litigation Counsel.

6. Debtor's Bankruptcy Counsel shall retain $525.00 from the $5,295.42 for the expense incurred in the filing and prosecution of the Motion. The Debtor's Bankruptcy Counsel shall remit the remaining $4,770.42 to Nancy Neidich, Chapter 13 Trustee, PO Box 2099, Memphis, TN 38101-2099 within 30 days upon receipt of the funds, for distribution for the benefit of the Debtor's allowed unsecured creditors.

7. The unsecured plan base shall increase by said amount of $4,770.42.

###

Attorney, Robert Sanchez, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.

Respectfully Submitted By:

Robert Sanchez, Esq. FBN: 0442161
Attorney for Debtor
ROBERT SANCHEZ, P.A.
355 W 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008